IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WADE KENNETH MALLETT,

    Plaintiff,               No. 2:10-cv-0851 KJN P

    vs.

SUSAN HUBBARD, et al.,

    Defendant.          <u>ORDER</u>

        On April 15, 2010, the undersigned found that the in forma pauperis affidavit submitted by plaintiff was inadequate. In particular, the certificate portion of the request which must be completed by plaintiff's institution of incarceration had not been filled out. Also, plaintiff had not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff was granted thirty days to submit a properly completed application to proceed in forma pauperis and a certified copy of his trust account.

        On May 17, 2010, plaintiff filed a new application to proceed in forma pauperis. Again, the certificate portion of this application has not been completed by plaintiff's institution. On May 17, 2010, plaintiff also filed a motion for extension of time to file his trust account statement. Plaintiff alleges that the Inmate Trust Office had not yet provided him with a copy of

1

his trust statement.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's May 17, 2010 motion for an extension of time to file his trust statement (Dkt. No. 8) is granted;

2. Plaintiff's May 20, 2010 motion to proceed in forma pauperis (Dkt. No. 9) is denied without prejudice;

3. Within thirty days of the date of this order, plaintiff shall complete the attached Notice of Submission and submit the following documents to the court:

   a. A complete Application to Proceed In Forma Pauperis By a Prisoner; and

   b. a certified copy of plaintiff's trust account statement for the six month period immediately preceding the filing of the complaint.

4. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

5. Plaintiff's failure to comply with this order may result in the dismissal of this action without prejudice.

DATED: June 2, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mall851.eot