IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WADE KENNETH MALLETT,

    Plaintiff,                    No. 2: 10-cv-0851 KJN P

    vs.

SUSAN HUBBARD, et al.,

    Defendant.             ORDER

_____/

        On July 21, 2010, the undersigned found that plaintiff's complaint stated a potential colorable claim for relief against defendant Walker. The claims against defendants Grimm and Hubbard were dismissed with thirty days to file an amended complaint. The July 21, 2010, order advised plaintiff that if he returned the forms for service of the original complaint on defendant Walker, the undersigned would construe plaintiff's return of these forms as election to dismiss all claims against defendant Hubbard and Grimm.

        On August 2, 2010, plaintiff returned the forms for service of the original complaint on defendant Walker. Accordingly, plaintiff's return of the service forms for defendant Walker are construed as a request to voluntarily dismiss the claims against defendants Hubbard and Grimm. Fed. R. Civ. P. 41(a).

////

1        Accordingly, IT IS HEREBY ORDERED that the claims against defendants
2  Hubbard and Grimm are dismissed.
3  DATED:  August 11, 2010

                                         _____
                                         KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE

mall851.dis